7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Bradley James Withenshaw
*Debtor*

**Patricia Brown**
    Plaintiff(s)

v.

**Moses Motor Company, Inc.**
    Defendant(s)

*Bankruptcy Case No.*
11–30362–jwv7

*Adversary Case No.*
12–03006–jwv

# JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Jerry W. Venters , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Judgment entered in favor of Plaintiff Patricia Brown, Trustee, on all Counts of the Complaint. Therefore, the Defendant is ordered to pay the Trustee $12,500 for the value of the vehicle, $12,500 in sanctions, and $8,752.84 as and for the Trustee's attorney's fees and expenses. The Court's oral findings of fact and conclusions of law are incorporated herein.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk



Date of issuance: 9/19/12

Court to serve